UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KV RACING TECHNOLOGY LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:14-cv-0017-JMS-DKL |
| v. | ) |
| | ) |
| RACING 78 GmbH, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**[PROPOSED] ORDER DISMISSING CASE**

The above-captioned case is dismissed **without prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

DATED:  July ___, 2014

_____
Hon. Jane E. Magnus-Stinson
UNITED STATES DISTRICT COURT JUDGE

Service will be made electronically on all
ECF-registered counsel of record via email
generated by the court's ECF system.